# EXHIBIT 3

PATENT INFRINGEMENT CLAIM CHART

**Patent:** US 9,279,263 ("'263 Patent")
**Title:** Sequenced Chamber Wave Generator Apparatus and Method
**Assignee:** American Wave Machines, Inc.
**Issue Date:** March 8, 2016
**Accused Products:** Whitewater Endless Surf Wave System (including ES36 model and variants, collectively "ES") and systems with similar wave-generation components and functionality.
**Claims Charted:** Claims 1, 3, 4, 8-15 and 17-19
**Note:** Inter Partes Review Certificate (IPR2022-01034, issued Feb. 8, 2024): **Claims 1-19 confirmed patentable.**

American Wave Machines, Inc. ("AWM") provides this preliminary and exemplary infringement analysis with respect to infringement of the '263 Patent by WhiteWater West Industries Ltd. ("WhiteWater"). The following chart illustrates an exemplary analysis regarding infringement by WhiteWater's ES products or products with similar wave generation components and functionality. The evidence and analysis cited herein is exemplary in nature and based only upon information from publicly available resources regarding Accused Products that AWM has uncovered to date, as discovery has not yet commenced and WhiteWater has not yet provided any non-public information. AWM expressly reserves the right to alter, supplement and otherwise modify the evidence and analysis presented herein and/or the particular claims of the '263 Patent AWM asserts are being infringed by WhiteWater during this lawsuit.

Unless otherwise noted, AWM believes and contends that each element of each claim charted herein is literally met through WhiteWater's provision of the Accused Products. However, to the extent that WhiteWater attempts to allege that any claim element is not literally met, AWM believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Products, to date, AWM did not identify any substantial differences between the elements of the patent claims and the corresponding components/features of the Accused Products, as set forth herein. For example, in each instance, the identified feature/component of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

AWM notes that the present claim chart and analysis are necessarily preliminary in that AWM has not obtained any discovery from WhiteWater, nor has WhiteWater disclosed any detailed analysis for its non-infringement positions, if any. Further, AWM does not have the benefit of any claim construction or expert discovery. AWM reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by AWM, including, without limitation, information exchanged between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

## EXHIBIT LIST

Exhibits 5–16 as referenced in the U.S. Patent No. 9,279,263 infringement claim chart

| Exhibit No. | Description |
|---|---|
| Exhibit 5 | Endless Surf 2023 marketing brochure |
| Exhibit 6 | Endless Surf website article, "Behind the Break: The Making of Florida's First Surf Park" |
| Exhibit 7 | Endless Surf ES3600 (36-chamber) surf pool technical design drawing |
| Exhibit 8 | Endless Surf website article, "The Benefits of Pneumatic Wave Pool Technology" |
| Exhibit 9 | Interview transcript, "Building Barrels" (https://www.youtube.com/watch?v=obR1MkcCDe4) |
| Exhibit 10 | "Cactus – Thatcher: How It Works" |
| Exhibit 11 | WavePoolMag.com article, "How the Endless Surf Wave System Works" |
| Exhibit 12 | Website article, "Meet the Wave Doctor" |
| Exhibit 13 | Website page, "Customizable Waves on Command" |
| Exhibit 14 | O2 SurfTown MUC website page, "Our Wave Modes" (surftown.de/en/surf) |
| Exhibit 15 | Transcript, "Surf Central – Chutter Recording" (https://www.youtube.com/watch?v=1ctfv2EAbdI) |
| Exhibit 16 | Video screenshots of MUC O2 pool operation (https://www.youtube.com/watch?v=7LxymxNj5E8) |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| **Claim 1 Preamble:** "1. An aquatic sports amusement apparatus, comprising:" | Exhibit 5, pp. 12-13: "Not Your Average Wave Pool. With powerful, customizable surf and a lagoon design that works to a developer's advantage, Endless Surf is designed for experience optimization." | The Endless Surf ("ES") system is expressly marketed and deployed as an apparatus for surfing (an aquatic sport). The ES system is marketed and deployed as the centerpiece of surf park designed as a venue for aquatic sports amusement. Preamble is met. |
| **1[a]:** "a pool which holds a body of water;" | Exhibit 6, pp. 1-2: "At The Point, swell consistency is engineered . . . Endless Surf's ES36 pneumatic wave technology is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, size, speed, and interval. Waves run on a schedule, independent of East Coast swell. Wave profiles are fully customizable. Operators can adjust settings throughout the day—shifting from learn-to-surf sessions to high-performance waves, training, and events—without changing infrastructure.<br>That flexibility allows the **lagoon** to handle volume: high throughput, steady flow, and consistent wave quality under demand. . .<br>Similar to our pure-play surf park project at O2 SURFTOWN MUC in Germany, this will be another example of how Endless Surf anchors and delivers for a dedicated surf park, from day-to-day operations to long-term viability."<br><br>Exhibit 7: "Total Estimated Water volume: 13,323.29m3 . . .". | The Endless Surf ES36 pool includes a lagoon (pool), *e.g.*, heart-shaped, that holds a large body of water. Element 1[a] is met. |
| **1[b]:** "a plurality of wave-generating | Exhibit 7: | Endless Surf includes a plurality (e.g., 36) of pneumatic wave- |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| chambers that communicate with the body of water so as to release water into the pool, the chambers located adjacent to each other on an edge of the pool; and" |   Exhibit 8, p. 2: "Pneumatic surf pools utilize multiple chambers along the back wall of the pool that become pressurized through the blowing and venting of air to push water to make waves." <br><br> Exhibit 10: (illustrating fluid communication between the pool and the chambers, circled in red): | generating caissons (chambers) located adjacent to each other along an edge (e.g., backwall) of the pool. Each caisson communicates with the body of water: air pressure drives water out of the caisson and into the pool. Element 1[b] met. |

<table>
<tr><th>Claim Element</th><th>Accused Products - Exemplary Infringing Feature(s)</th><th>Exemplary Analysis</th></tr>
<tr><td></td><td>
</td><td></td></tr>
<tr><td>1[c]:<br>"a controller connected to the chambers, wherein the connection is constructed to actuate the release of water from each chamber to create waves independently of the release of water from the other chambers;"</td><td>Exhibit 9 (https://www.youtube.com/watch?v=obR1MkcCDe4):<br><br>[07:24] ANDREW THATCHER:<br>So, uh, if I don't know if you've ever used an air compressor, but you'll have a a a big steel box that gets pressurized with, uh, fans, and then that steel box has all this pressure built up and you can use that pressure as is needed.<br><br>[07:45] ANDREW THATCHER:<br>So it's the same thing here. There are a number of fans that that pressurize one gigantic concrete box. And that's known as a plenum. And, um, the wave is then created by releasing air into the chambers in a certain sequence and that's how the wave is generated.<br><br>[10:29] ANDREW THATCHER:<br>Yeah, there are things that make our system unique. Uh, however, there are other, uh, wave manufacturers out there that use a pneumatic system and it</td><td>Endless Surf has a controller connected to the plurality of chambers. The connection to the controller is constructed to actuate each chamber independently to release water from each chamber. Element 1[c] is met.</td></tr>
</table>

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | may use the pneumatic system differently, you know, it may be a sucking motion versus a blowing motion or or, you know, uh, different types of pressures. So, um, but, but it is out there in the industry, but we have certain technology that makes ours somewhat unique, um, in in the the wave shape, the bottom, uh, bathymetry, the contouring, uh, and the **the way the computer talks to the valves**, uh, with the technology that we use called the Wave Doctor.<br><br>[11:18] MICHAEL (HOST):<br>Well, tell us about the Wave Doctor. Um, you know, what exactly is that?<br><br>[11:23] ANDREW THATCHER:<br>Essentially, it it allows, it's **a technology system that that connects an an interface to all of the valves, uh, in in the in the pool**. And, um, well, I know don't know the exact every single detail of how it it functions. What it allows you as the operator to do is to, uh, essentially have a menu of waves, um, on an interface that if you want to have a certain style, you can simply press a button or program it so that that style comes out.<br><br>[12:06] ANDREW THATCHER:<br>So there are other technologies out there where it relies on a certain amount of efficiency, um, to build energy within the wave and you lose some efficiency as on the first wave that comes out and then the last wave that comes out. But what makes this unique is that, let's say on a Tuesday in February and you have one person in the pool, you can literally press a button, a wave pops up and you can surf that wave. You don't have to have the system constantly running. Uh, but you can, you know, there is a, um, uh, **you can have the sequencing where the waves are certain, uh, time apart from each wave**. Um, but you don't have to. So that's what makes it so incredibly versatile. | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| | Exhibit 8, p. 2: "Pneumatic surf pools utilize multiple chambers along the back wall of the pool that become pressurized through the blowing and venting of air to push water to make waves."<br><br>Exhibit 5, pp. 32-33: "Swell Studio is the 'brains' of our surf lagoon, allowing you to create endlessly flexible waves... Chambers can be operated in any configuration that you like…"<br><br>Exhibit 10 (Cactus – Thatcher): (chambers release water into the pool)<br><br><br><br><br>Exhibit 5, p. 21: "Unlimited caisson sequencing and wave creating potential."<br><br>Exhibit 12, p. 2: "The control center for Endless Surf, Wave Doctor, is the 'brains' of our surf pool, allowing you to create endless waves on command..." | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 11, p. 2: " The synching and firing of their pneumatics is controlled by a new patented software that can be customized for each individual surfer..." | |
| **1[d]:** "wherein the controller operation of the chambers comprises the following steps: a. actuating a first chamber or first set of chambers in the plurality to release water into the pool; and b. after a delay, actuating a second chamber or second set of chambers in the plurality to release water into the pool." | See the evidence and analysis from 1[c] above, incorporated herein.<br><br>Exhibit 8, p. 2: "The pool creates waves by how the chambers along the back wall are **sequenced** with one another. **Each chamber** essentially fires out a small piece of energy that will join together to make a wave."<br><br>Exhibit 5, p. 19: "Endless Surf harnesses the power of individual caissons which inject air into the lagoon to create waves. How the caissons are sequenced is based on Endless Surf's proprietary software, Swell Studio."<br><br>Exhibit 14: (With respect to A-frame mode, "[t]his generates rights and lefts at the same time." – simultaneous waves produced from separate sets of chambers).<br><br>Exhibit 15 (https://www.youtube.com/watch?v=1ctfv2EAbdI):<br>[00:00:50] SPEAKER: But what's really, really neat here is we have the ability to create that that almost invisible spine anywhere in the pool. So we can run 17 chambers in either direction. We can run 20 and 14. You could have 24 chambers going in one direction and a surf school using the balance of the additional 10 chambers.<br><br>Exhibit 16 (https://www.youtube.com/watch?v=7LxymxNj5E8): In light of the acknowledged individual and sequential action capability of the chambers through valve actuation, this sequential actuation can also be visualized in the video at, for example, 1:19.67 – 1:38.15 and 2:27.09 – 2:43.65. | The Endless Surf controller actuates the chambers in sequence–a first chamber (or set) is actuated to release water into the pool, then after a delay, a second chamber (or set) is actuated. This fundamental sequenced-chamber operation is the core of the Endless Surf wave-creation mechanism and is confirmed by multiple sources. Another example is the ability to select and generate an A-frame wave pattern using the controller. This actuation pattern creates pairs of waves travelling right and left in the pool by actuating multiple sets of chambers. Element |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| |  | 1[d] is met. |
| **Claim 3:**<br>"3. The apparatus of claim 1, wherein the controller operation of the | See the evidence and analysis from 1[c] and 1[d] above, incorporated herein.<br><br>Exhibit 8, p. 2: "The pool creates waves by how the chambers along the back wall are **sequenced** with one another. **Each chamber** essentially fires out a small piece of energy that will join together to make a wave…With **up to 48 chambers on an Endless Surf pool**, you can only imagine how many different wave types can be | The Endless Surf system sequences numerous chambers in the pool (e.g., up to 36 or 48 chambers) -- each chamber or set is |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| chambers further comprises the following steps:<br>c. after a delay, actuating a third chamber or third set of chambers in the plurality to release water into the pool; and<br>d. after a delay, actuating any subsequent chamber or subsequent set of chambers in the plurality to release water into the pool." | created."<br><br>Exhibit 6, p. 1: "At The Point [Surf Park], swell consistency is engineered . . . **Endless Surf's ES36 pneumatic wave technology** . . ." (the Fellsmere installation has 36 chambers).<br><br>Exhibit 9:<br>[13:47] ANDREW THATCHER:<br>Yeah, so if we were to look at both the 3600 and 4800, uh, you can either run a wave from one side all the way across to the other side. And I think on a 4800, it's a 27 second ride, which is incredibly long. . .<br><br>[15:16] ANDREW THATCHER:<br>Yeah, so when you look at how a wave would be operated, um, you typically wouldn't have every single wave being the, um, you know, pitching barrel that'll kind of knock your head off, you know. Um, maybe at certain times of the day, that would be more feasible. So when you look at a feasibility analysis, kind of early in the morning when the hardcore guys are wanting to go out, you know, you would have what we call the Peak Pro, which is the biggest wave. . .<br><br>Exhibit 15:<br>[00:00:50] SPEAKER: But what's really, really neat here is we have the ability to create that that almost invisible spine anywhere in the pool. So we can run 17 chambers in either direction. We can run 20 and 14. You could have 24 chambers going in one direction and a surf school using the balance of the additional 10 chambers.<br><br>Exhibit 8, p. 2: "The pool creates waves by how the chambers along the back wall are sequenced with one another. **Each chamber** essentially fires out a small piece of energy that will join together to make a wave. . . With **up to 48 chambers on an** | actuated sequentially, one after another, with a delay, well beyond just the first two steps. A third, fourth, and subsequent chambers are all actuated after the prior one.<br>This fundamental sequenced-chamber operation is the core of the Endless Surf wave-creation mechanism and is confirmed by multiple sources.<br>One example of this is seen in Pointbreak mode, wherein "the waves run along the wave generator for the entire length of the pool." Another example is the ability to select and generate an A-frame wave pattern using the controller. This actuation pattern creates pairs of waves travelling right and |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | **Endless Surf pool**, you can only imagine how many different wave types can be created…"<br><br>Exhibit 5, p. 19: "Split Peak – high capacity with all surf zones pumping" – simultaneous waves produced from separate sets of chambers in what is referred to as "A-Frame" mode.<br><br>Exhibit 14: ("In pointbreak mode, the waves run along the wave generator for the entire length of the pool." With respect to A-frame mode, "[t]his generates rights and lefts at the same time." – simultaneous waves produced from separate sets of chambers). | left in the pool by actuating multiple sets of chambers.<br><br>Claim 3 met. |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br>**Pointbreak**<br>In pointbreak mode, the waves run along the wave generator for the entire length of the pool. Our pointbreak allows you to ride waves up to 18 seconds long and offers different sections for various turns, barrels or airs. However, more relaxed, long waves for cruising or longboarding are also possible. In pointbreak mode, you can choose whether the waves break as left or right. | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br> | |
| **Claim 4**<br>"4. The apparatus of claim 3, wherein the delay in step (b) is of a different length than the delay in step (c)." | See the evidence and analysis from 1[c], 1[d] and Claim 3 above, incorporated herein.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and angle . . . With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)"<br><br>Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, angle, or sections." | The Endless Surf system sequences numerous chambers in the pool (e.g., up to 36 or 48 chambers) -- each chamber or set is actuated sequentially, one after another, with the specific |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 6, p. 1: "At The Point [Surf Park], swell consistency is engineered . . . Endless Surf's ES36 pneumatic wave technology is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, size, speed, and interval. Waves run on a schedule . . ."<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse.<br><br>Exhibit 16:<br><br>Wave propagation earlier in ride appearing more as a linear wave front (Exhibit 16, p. 1): | delay(s) between each actuation to be fully customizable and allow for unlimited types of chamber sequencing. For example, the control system including Swell Studio/Wave Doctor provides per-section wave customization. Different wave shapes in successive sections -- barrels, air sections, longboard reform sections -- are produced through variable inter-chamber delays. Specifically, the delay in step (b) (the delay before the second chamber actuates) differs from the delay in step (c) (the delay before the third chamber actuates), asymmetric timing profiles across the sequence. Video evidence confirms the |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br>Wave curving later in ride indicative of reduced delay firing of end chambers producing a burst of energy into the pool, and propelling the rider into the shoulder region of the pool beyond the chambers (Exhibit 16, p. 2): | use of different inter-chamber delays. WhiteWater's own simulation confirms the use of different inter-chamber delays. Claim 4 met. |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br>Exhibit 8, p.2 : (confirming the wave curving effect):<br> | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| **Claim 8:**<br>"8. The apparatus of claim 1, wherein the controller operation of the chambers further comprises the following steps:<br>c. after the first chamber or first set of chambers has released its water, refilling the first chamber or first set of chambers with water to a predetermined level, wherein the time to release the water and refill to the predetermine level is defined as the chamber period;<br>wherein the delay of step (b) is approximately a fraction of the chamber period and the fraction is | Exhibit 10: (chambers vent and release water into the pool and refill to a predetermined level = chamber period)<br><br>Exhibit 9:<br>[07:45] ANDREW THATCHER:<br>So it's the same thing here. There are a number of fans that that pressurize one gigantic concrete box. And that's known as a plenum. And, um, the wave is then created by releasing air into the chambers **in a certain sequence** and that's how the wave is generated.<br><br>[08:54] ANDREW THATCHER:<br>And then to create the wave, the the air inside the wave chamber is exhausted and then re-pressurized in one quick motion so that all that water from the pool goes up into the chamber and then it's pushed down very, very quickly. | The Endless Surf chamber actuation cycle includes a period of time to release water and refill to a predetermined level, or a "chamber period."<br>Video evidence of the operation of the Endless Surf pool demonstrates that the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ 0.17, which falls within the claimed range of 0.10 – 0.75. In addition, the quote from Paul Chutter of WhiteWater indicates the inter-chamber actuation delay can be controlled in 0.5 second increments, meaning an inter-chamber delay including 0.5 seconds, thus demonstrating the delay as a fraction |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| approximately 0.10-0.75." | Exhibit 16:<br>Water level begins to drop in pool at location of chamber 1 – indicating beginning of chamber actuation at 0:45.74 (Exhibit 16, p. 3):<br><br><br>After chamber completes its push, bubbles begin to form at the surface of the pool at chamber 1 location at 0:49.51 (Exhibit 16, p. 4), indicative of the movement of the water in the chamber back to the predetermined level and completion of one cycle in ~3.77 seconds (0:49.51 - 0:45.74 = 3.77). Thus, **the chamber period is ~3.77 seconds**. | of the chamber period of 0.5/~3.77 = ~0.13, which also falls within the claimed range of 0.10 – 0.75. Claim 8 is met. |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| |  Enlarged view of above: | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br>The aforementioned bubble formation is also evident at, for example, 2:32.67 – 2:46.32 of the Exhibit 16 video.<br><br>Movement of wave across 8 chambers (Exhibit 16, pp. 5-6) determined from video to take a total of ~5.20 seconds (1:25.40 – 1:20.20 = 5.20), giving an **average inter-chamber actuation delay of ~0.65 seconds (5.20/8 = 0.65)**: | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| |  | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br><br>Therefore, the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ **0.17,** which falls within the claimed range of 0.10 – 0.75**.**<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse.<br><br>The above quote indicates the inter-chamber actuation delay can be controlled in 0.5 second increments. Assuming an inter-chamber delay of 0.5 seconds, the delay as a fraction of the chamber period is 0.5/~3.77 = ~**0.13**, which also falls within the claimed range of 0.10 – 0.75. | |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | | |
| **Claim 9:**<br>"9. The apparatus of claim 1, wherein the controller operation of the chambers further comprises the following steps:<br>c. after the first chamber or first set of chambers has released its water, refilling the first chamber or first set of chambers with water to a predetermined level, wherein the time to release the water and refill to the predetermine level is defined as the chamber period;<br>wherein the delay of step (b) is a fraction of the chamber period and the fraction is | See the evidence and analysis from Claim 8, incorporated herein.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and angle.. . . With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)"<br><br>Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, angle, or sections."<br><br>Exhibit 5, p. 19: "SIZE - Controllable wave heights up to 2.1m/7ft" -- wave amplitude (height) is a controllable parameter.<br><br>Exhibit 6, p. 1:"At The Point [Surf Park], swell consistency is engineered . . . Endless Surf's ES36 pneumatic wave technology is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, **size**, speed, and interval. Waves run on a schedule . . ."<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse. | The Endless Surf chamber actuation cycle includes a period of time to release water and refill to a predetermined level, or a "chamber period."<br>Video evidence of the operation of the Endless Surf pool demonstrates that the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ 0.17.<br>In addition, the quote from Paul Chutter of WhiteWater indicates the inter-chamber actuation delay can be controlled in 0.5 second increments, meaning an inter-chamber delay including 0.5 seconds, thus demonstrating the delay as a fraction of the chamber period of 0.5/~3.77 = ~0.13. |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| selected to adjust the amplitude of the wave peak." | | Thus, the delay would be a fraction of the chamber period. The chamber sequences are controlled such that the inter-chamber actuation delay adjusts wave amplitude. Claim 9 is met. |
| **Claim 10:**<br>"10. The apparatus of claim 1, wherein the controller operation of the chambers may further comprise a secondary delay sequence, comprising the following steps:<br>c. actuating a first at least one chamber in a set of chambers to release water into the pool;<br>d. after a delay, actuating a second at least one | See the evidence and analysis from 1[c], 1[d] and Claims 3-4 above, incorporated herein.<br><br>Exhibit 8, p. 2: "The pool creates waves by how the chambers along the back wall are **sequenced** with one another. **Each chamber** essentially fires out a small piece of energy that will join together to make a wave."<br><br>Exhibit 6, p. 1: "At The Point, swell consistency is engineered . . . **Endless Surf's ES36 pneumatic wave technology** . . ." (the Fellsmere installation has 36 chambers).<br><br>Exhibit 9:<br>[13:47] ANDREW THATCHER:<br>Yeah, so if we were to look at both the 3600 and 4800, uh, you can either run a wave from one side all the way across to the other side. And I think on a 4800, it's a 27 second ride, which is incredibly long. . .<br><br>Exhibit 15:<br>[00:00:50] SPEAKER: But what's really, really neat here is we have the ability to create that that almost invisible spine anywhere in the pool. So we can run 17 chambers in either direction. We can run 20 and 14. You could have 24 | The Endless Surf system sequences numerous chambers in the pool (e.g., 36 chambers) -- each chamber or set is actuated sequentially, one after another, with a delay, well beyond just the first two steps. A third, fourth, and subsequent chambers are all actuated after the prior one. Also, the control of different sets or sections, for example, involves the use of a secondary delay. One example is the |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| chamber in a set of chambers to release water into the pool; and<br>e. after a delay, actuating a third at least one chamber in a set of chambers to release water into the pool." | chambers going in one direction and a surf school using the balance of the additional 10 chambers.<br><br>Exhibit 8, p. 2: "The pool creates waves by how the chambers along the back wall are sequenced with one another. **Each chamber** essentially fires out a small piece of energy that will join together to make a wave . . . With **up to 48 chambers on an Endless Surf pool**, you can only imagine how many different wave types can be created…"<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and angle.. . . With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)"<br><br>Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, angle, or sections."<br><br>Exhibit 5, p. 19: "Split Peak – high capacity with all surf zones pumping" – simultaneous waves produced from separate sets of chambers in what is referred to as "A-Frame" mode.<br><br>Exhibit 14: "This generates rights and lefts at the same time." – simultaneous waves produced from separate sets of chambers. | ability to select an A-frame wave pattern using the controller. In Split Peak (A-frame) mode, Endless Surf's controller actuates opposing sets of its 36 chambers on each side to produce left- and right-running waves. One set of chambers operates on a "primary" delay, and the other set of chambers operates on a "secondary" delay. Here, the chambers are sequentially actuated to produce left- and right-running waves, with each set of chambers operating on a secondary delay. Each chamber communicates with the pool through which water is expelled. Claim 10 is met. |


A-FRAME
first rideable wave created by actuation of first set of chambers/valves
A-Frame
In our A-frame mode, a wave breaks from the center of the surf pool to the left and to the right. This generates rights and lefts at the same time. The waves run along the wave generator and are suitable for different surf levels - from intermediate to pro. During the booking process, you can choose whether you want to book into the left or right A-frame session.

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |  | |
| **Claim 11:**<br>"11. The apparatus of claim 10, wherein the controller operation of the chambers of the secondary delay sequence may further comprise the following steps: | See Claim 8 and Claim 10 evidence and analysis above, incorporated herein.<br><br>For example, the implementation of a secondary delay by the Endless Surf system is established per the analysis of claim 10.<br><br>For example, the inter-chamber activation delay of the wave pool chambers, including the secondary delay, is shown per the calculations presented in Claim 8 (the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ **0.17,** which falls within the claimed range of 0.10 – 0.75). Further, the quote from Paul Chutter of WhiteWater indicates the inter-chamber actuation delay can be controlled in 0.5 second increments, meaning an inter-chamber delay including 0.5 seconds, thus | Endless Surf's controller operation of the chambers has been shown as set forth in connection with claim 10 above. Endless Surf's implementation of a delay as a fraction of the chamber period has been shown to fall within the range of |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| after the first at least one chamber in each set of chambers has released its water, refilling the first at least one chamber with water to a predetermined level, wherein the time to release the water and refill to the predetermine level is defined as the chamber period; wherein the delay of steps (b), (d) and (e) is approximately a fraction of the chamber period and the fraction is approximately 0.10-0.75." | demonstrating the delay as a fraction of the chamber period of 0.5/~3.77 = ~**0.13**, which also falls within the claimed range of 0.10 – 0.75. | 0.10 – 0.75 as set forth in connection with claim 8 above. Claim 11 is met. |
| **Claim 12:** "12. The apparatus of claim 1, wherein the pool has a floor that is inclined." | Exhibit 5, p. 24:  | The Endless Surf pool has an inclined floor - - the pool is deepest at the chamber/backwall end and gets progressively more shallow toward the |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 7:<br><br> | beach. Claim 12 is met. |
| **Claim 13 Preamble:**<br>"13. A method of generating waves in a pool of water, comprising: providing a pool which holds a body of water, the | Exhibit 6, pp. 1-2: “At The Point, swell consistency is engineered . . . **Endless Surf’s ES36 pneumatic wave technology** is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, size, speed, and interval. Waves run on a schedule, independent of East Coast swell. Wave profiles are fully customizable. Operators can adjust settings throughout the day—shifting from learn-to-surf sessions to high-performance waves, training, and events—without changing infrastructure. | The Endless Surf wave system performs a method of generating waves in a pool of water. The pool has a first end (e.g., chamber/back wall or edge), a second end (e.g., |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| pool having: a first and second end, two sides, and a floor" | That flexibility allows the **lagoon** to handle volume: high throughput, steady flow, and consistent wave quality under demand. . .<br>Similar to our pure-play surf park project at O2 SURFTOWN MUC in Germany, this will be another example of how Endless Surf anchors and delivers for a dedicated surf park, from day-to-day operations to long-term viability."<br><br>Exhibit 7: "Total Estimated Water volume: 13,323.29m3 . . .".<br><br>Exhibit 7:  | beach), two sides (e.g., shoulder walls), and a floor. Preamble met. |
| **13[a]:**<br>"a plurality of wave-generating chambers that communicate with the body of water so as to release water into the pool, the chambers located adjacent to | See Claim 1[b] evidence and analysis above, incorporated herein. | Endless Surf uses a plurality (e.g., 36) of pneumatic wave-generating caissons (chambers) located adjacent to each other along the back edge (backwall or end) of the pool. Each caisson communicates with the body of water: air |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| each other on an edge of the pool;" | | pressure drives water out of the caisson and into the pool. Element 13[a] met. |
| **13[b]:** "a controller connected to the chambers, wherein the connection is constructed to actuate the release of water from each chamber to create waves independently of the release of water from the other chambers;" | See Claim 1[c] evidence and analysis above, incorporated herein. | Endless Surf has a controller connected to a plurality of chambers. The connection to the controller is constructed to actuate each chamber independently to release water from each chamber. Element 13[b] is met. |
| **13[c]:** "actuating a first chamber or first set of chambers in the plurality to release water into the pool; and after a delay, actuating a second chamber or second set of chambers in the plurality to release water into the pool." | See Claim 1[d] evidence and analysis above, incorporated herein. | The Endless Surf controller actuates chambers in sequence -- a first chamber (or set) is actuated to release water into the pool, then after a delay, a second chamber (or set) is actuated. This fundamental sequenced-chamber operation is the core of the Endless Surf |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| | | wave-creation mechanism and is confirmed by multiple sources. Element 13[c] is met. |
| **Claim 14:**<br>"14. The method of claim 13 further comprising:<br>after a delay, actuating a third chamber or third set of chambers in the plurality to release water into the pool." | See Claim 3 evidence and analysis above, incorporated herein. | The Endless Surf system sequences numerous chambers in the pool (e.g., up to 36 chambers) -- each chamber or set is actuated sequentially, one after another, with a delay, well beyond just the first two steps. A third, fourth, and subsequent chambers are all actuated after the prior one.<br>This fundamental sequenced-chamber operation is the core of the Endless Surf wave-creation mechanism and is confirmed by multiple sources.<br>One example of this is seen in Pointbreak mode, wherein “the waves run along the |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | | wave generator for the entire length of the pool." Another example is the ability to select and generate an A-frame wave pattern using the controller. This actuation pattern creates pairs of waves travelling right and left in the pool by actuating multiple sets of chambers.<br>Claim 14 is met. |
| **Claim 15:**<br>"15. The method of claim 14, wherein the delay before actuating the second chamber or second set of chambers is different than the delay before actuating the third chamber or third set of chambers." | See Claim 4 evidence and analysis above, incorporated herein. | The Endless Surf system sequences numerous chambers in the pool (e.g., up to 36 or 48 chambers) -- each chamber or set is actuated sequentially, one after another, with the specific delay(s) between each actuation to be fully customizable and allow for unlimited types of chamber sequencing. For example, the control system including |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| | | Swell Studio/Wave Doctor provides per-section wave customization. Different wave shapes in successive sections -- barrels, air sections, longboard reform sections -- are produced through variable inter-chamber delays. Specifically, the delay in step (b) (the delay before the second chamber actuates) differs from the delay in step (c) (the delay before the third chamber actuates), asymmetric timing profiles across the sequence. Video evidence confirms the use of different inter-chamber delays. Claim 15 met. |
| **Claim 17:** "17. The method of claim 13 further comprising: after the first | See Claim 8 evidence and analysis above, incorporated herein. | The Endless Surf chamber actuation cycle includes a period of time to release water and |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| chamber or first set of chambers has released its water, refilling the first chamber or first set of chambers with water to a predetermined level, wherein the time to release the water and refill to the predetermine level is defined as the chamber period; wherein the delay is approximately a fraction of the chamber period and the fraction is approximately 0.10-0.75." | | refill to a predetermined level, or a "chamber period." Video evidence of the operation of the Endless Surf pool demonstrates that the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ **0.17,** which falls within the claimed range of 0.10 – 0.75. In addition, the quote from Paul Chutter of Whitewater indicates the inter-chamber actuation delay can be controlled in 0.5 second increments, meaning an inter-chamber delay including 0.5 seconds, thus demonstrating the delay as a fraction of the chamber period of 0.5/~3.77 = ~**0.13**, which also falls within the claimed range of 0.10 – 0.75. |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | | Claim 17 is met. |
| **Claim 18:**<br>"18. The method of claim 17, wherein the waves comprise a peak defined as the highest water level in the pool and the fraction of the period is selected to adjust the amplitude of the peak." | See Claim 9 evidence and analysis above, incorporated herein.<br><br>Exhibit 9:<br>[13:47] ANDREW THATCHER:<br>Yeah, so if we were to look at both the 3600 and 4800, uh, you can either **run a wave from one side all the way across to the other side**. And I think on a 4800, it's a 27 second ride, which is incredibly long.<br><br>[15:16] ANDREW THATCHER:<br>Yeah, so when you look at how a wave would be operated, um, you typically wouldn't have every single wave being the, um, you know, pitching barrel that'll kind of knock your head off, you know. Um, maybe at certain times of the day, that would be more feasible. So when you look at a feasibility analysis, kind of early in the morning when the hardcore guys are wanting to go out, you know, you would have what we call the Peak Pro, which is the biggest wave. And then as, um, during the regular day, you may have just like a regular style wave, regular size, and maybe even a little bit smaller. So it's just more accessible and user-friendly to kind of the everyday surfer or people like me, you know. I'm not going to surf that hardcore wave first thing in the morning because I just don't have the skill set. You know.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling **height**, speed, and angle.. . . With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)"<br><br>Exhibit 12, p. 3: "**Via this interface**, we can easily create any wave type, **size** and shape, and even add subtle variations such as speed, angle, or sections."<br><br>Exhibit 5, p. 19: "SIZE - Controllable wave **heights** up to 2.1m/7ft" | The Endless Surf system is controlled to produce waves having a peak that defines the highest water level in the pool, and such that the inter-chamber sequencing delay is controlled to adjust the wave amplitude. Claim 18 met. |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 14:<br><br> | |
| **Claim 19:**<br>"19. The method of claim 17, wherein the waves comprise a peak defined as the highest water level in the pool and the | See Claim 18 evidence and analysis above, incorporated herein.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and **angle**.. . . With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)" | The Endless Surf system is controlled to produce waves having a peak that defines the highest water level in the pool, and such that the inter-chamber |

| **Claim Element** | **Accused Products - Exemplary Infringing Feature(s)** | **Exemplary Analysis** |
|---|---|---|
| fraction of the period is selected to adjust the direction of the peak." | Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, **angle**, or sections."<br>Exhibit 16:<br><br>Wave propagation earlier in ride (Exhibit 16, p. 1):<br><br><br><br>Wave curving (wave angle changed) later in ride indicative of reduced delay firing of end chambers producing a burst of energy into the pool, and propelling the rider into the shoulder region of the pool beyond the chambers (Exhibit 16, p. 2): | sequencing delay is controlled to adjust the wave direction. Video evidence confirms the use of different inter-chamber delays to adjust the direction of the peak. WhiteWater's own simulation confirms the use of different inter-chamber delays. Claim 19 met. |

| Claim Element | Accused Products - Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br>Exhibit 8, p.2 : (confirming the wave curving effect):<br><br> | |