# EXHIBIT 4

PATENT INFRINGEMENT CLAIM CHART

**Patent:** US 8,434,966 ("'966 Patent")
**Title:** Sequenced Chamber Wave Generator Apparatus and Method
**Assignee:** American Wave Machines, Inc.
**Issue Date:** May 7, 2013
**Accused Products:** WhiteWater Endless Surf Wave System (ES36 and variants, collectively "ES") and systems with similar wave-generation components and functionality.
**Claims Charted**: 3 (incorporates Claims 1 and 2), 4, 5, 6 and 8 (incorporates Claims 1 and 2), 12 (incorporates Claim 11), 13, 14 and 15 (incorporates Claim 11)

**Note:** Inter Partes Review Certificate (Trial No. IPR2022-01033, certificate issued Feb. 8, 2024): **Claims 3–6, 8, and 12–15 are confirmed patentable.** Claims 1, 2, 7, 9–11, and 16–18 are cancelled. Each chart entry incorporates all elements from the corresponding independent claim and all intervening dependent claims in the chain, so that each entry is self-contained for infringement analysis.

American Wave Machines, Inc. ("AWM") provides this preliminary and exemplary infringement analysis with respect to infringement of the '966 Patent by WhiteWater West Industries Ltd. ("WhiteWater"). The following chart illustrates an exemplary analysis regarding infringement by WhiteWater's ES products or products with similar wave generation components and functionality. The evidence and analysis cited herein is exemplary in nature and based only upon information from publicly available resources regarding Accused Products that AWM has uncovered to date, as discovery has not yet commenced and WhiteWater has not yet provided any non-public information. AWM expressly reserves the right to alter, supplement and otherwise modify the evidence and analysis presented herein and/or the particular claims of the '966 Patent AWM asserts are being infringed by WhiteWater during the course of this lawsuit.

Unless otherwise noted, AWM believes and contends that each element of each claim charted herein is literally met through WhiteWater's provision of the Accused Products. However, to the extent that WhiteWater attempts to allege that any claim element is not literally met, AWM believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Products, to date, AWM did not identify any substantial differences between the elements of the patent claims and the corresponding components/features of the Accused Products, as set forth herein. For example, in each instance, the identified feature/component of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

AWM notes that the present claim chart and analysis are necessarily preliminary in that AWM has not obtained any discovery from WhiteWater, nor has WhiteWater disclosed any detailed analysis for its non-infringement positions, if any. Further, AWM does not

have the benefit of any claim construction or expert discovery. AWM reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by AWM, including, without limitation, information exchanged between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

## EXHIBIT LIST

Exhibits 5–16 as referenced in the U.S. Patent No. 8,434,966 infringement claim chart

| **Exhibit No.** | **Description** |
|---|---|
| Exhibit 5 | Endless Surf 2023 marketing brochure |
| Exhibit 6 | Endless Surf website article, "Behind the Break: The Making of Florida's First Surf Park" |
| Exhibit 7 | Endless Surf ES3600 (36-chamber) surf pool technical design drawing |
| Exhibit 8 | Endless Surf website article, "The Benefits of Pneumatic Wave Pool Technology" |
| Exhibit 9 | Interview transcript, "Building Barrels" (https://www.youtube.com/watch?v=obR1MkcCDe4) |
| Exhibit 10 | "Cactus – Thatcher: How It Works" |
| Exhibit 11 | WavePoolMag.com article, "How the Endless Surf Wave System Works" |
| Exhibit 12 | Website article, "Meet the Wave Doctor" |
| Exhibit 13 | Website page, "Customizable Waves on Command" |
| Exhibit 14 | O2 SurfTown MUC website page, "Our Wave Modes" (surftown.de/en/surf) |
| Exhibit 15 | Transcript, "Surf Central – Chutter Recording" (https://www.youtube.com/watch?v=1ctfv2EAbdI) |
| Exhibit 16 | Video screenshots of MUC O2 pool operation (https://www.youtube.com/watch?v=7LxymxNj5E8) |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| ***Claim 1 Preamble:*** *"1. An aquatic sports amusement apparatus, comprising:* | Exhibit 5, pp. 12-13: "Not Your Average Wave Pool. With powerful, customizable surf and a lagoon design that works to a developer's advantage, Endless Surf is designed for experience optimization." | The Endless Surf ("ES") system is expressly marketed and deployed as an apparatus for surfing (an aquatic sport). The ES system is marketed and deployed as the centerpiece of surf park designed as a venue for aquatic sports amusement. Preamble is met. |
| ***1[a]****: "a pool which holds a body of water, the pool having a first and second end, two sides, and a floor,"* | Exhibit 6, pp. 1-2: "At The Point [Surf Park], swell consistency is engineered . . . Endless Surf's ES36 pneumatic wave technology is designed to remove that variable and cater to everyone from next generations pros to families and beginners."<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, size, speed, and interval. Waves run on a schedule, independent of East Coast swell. Wave profiles are fully customizable. Operators can adjust settings throughout the day—shifting from learn-to-surf sessions to high-performance waves, training, and events—without changing infrastructure.<br>That flexibility allows the **lagoon** to handle volume: high throughput, steady flow, and consistent wave quality under demand. . .<br>Similar to our pure-play surf park project at O2 SURFTOWN MUC in Germany, this will be another example of how Endless Surf anchors and delivers for a dedicated surf park, from day-to-day operations to long-term viability."<br><br>Exhibit 7: "Total Estimated Water volume: 13,323.29m3 . . .". | The Endless Surf wave system includes a pool that holds water. The pool has a first end (e.g., chamber/back wall or edge), a second end (e.g., beach), two sides (e.g., shoulder walls), and a floor. Preamble met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 7:   | |
| ***1[b]**: "a plurality of wave generating chambers that communicate with the body of water so as to release water into the pool, the chambers located adjacent to each other on one of the ends of the pool;"* | Exhibit 7:   Exhibit 8, p. 2 : "Pneumatic surf pools utilize multiple chambers along the back wall of the pool that become pressurized through the blowing and venting of air to push water to make waves." | Endless Surf uses a plurality (e.g., 36) of pneumatic wave-generating caissons (chambers) located adjacent to each other along the back end (back wall) of the pool. Each caisson communicates with the body of water: air pressure drives water out of the caisson and into the pool. Element 1[b] met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 10: (illustrating fluid communication between the pool and the chambers, circled in red):<br><br> | |
| ***1[c]**: "each of the plurality of chambers having a valve structure, wherein each valve structure is connected to a controller wherein the connection is constructed to allow for the* | Exhibit 9 ([https://www.youtube.com/watch?v=obR1MkcCDe4](https://www.youtube.com/watch?v=obR1MkcCDe4)):<br>[06:34] ANDREW THATCHER:<br>Yeah, so, you know, it's fairly complex, um, but essentially there is, there are are multiple chambers, right? So there are, um, our standard products have either, our our base model is the 24, 2400, 3600, and 4800. And those represent 24 chambers, 36 chambers, and 48 chamber. And and each chamber is 10 feet wide.<br><br>[07:15] ANDREW THATCHER:<br>So each chamber, uh, at 10 feet wide is then **connected with a series of valves to what's known as a plenum**.<br><br>[07:45] ANDREW THATCHER: | Each Endless Surf caisson (chamber) has an associated valve structure connected to the controller. The controller connects to all valves in the pool and is constructed to actuate each valve structure/chamber independently. Thatcher confirms the |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| *actuation of the each valve structure independently of the other valve structures; and"* | So it's the same thing here. There are a number of fans that that pressurize one gigantic concrete box. And that's known as a plenum. And, um, the wave is then created by releasing air into the chambers **in a certain sequence** and that's how the wave is generated.<br><br>[08:54] ANDREW THATCHER:<br>And then to create the wave, the the air inside the wave chamber is exhausted and then re-pressurized in one quick motion so that all that water from the pool goes up into the chamber and then it's pushed down very, very quickly.<br><br>[10:29] ANDREW THATCHER:<br>Yeah, there are things that make our system unique. Uh, however, there are other, uh, wave manufacturers out there that use a pneumatic system and it may use the pneumatic system differently, you know, it may be a sucking motion versus a blowing motion or or, you know, uh, different types of pressures. So, um, but, but it is out there in the industry, but we have certain technology that makes ours somewhat unique, um, in in the the wave shape, the bottom, uh, bathymetry, the contouring, uh, and the **the way the computer talks to the valves, uh, with the technology that we use called the Wave Doctor**.<br><br>[11:18] MICHAEL (HOST):<br>Well, tell us about the Wave Doctor. Um, you know, what exactly is that?<br><br>[11:23] ANDREW THATCHER:<br>Essentially, it it allows, it's **a technology system that that connects an an interface to all of the valves, uh, in in the in the pool**. And, um, well, I know don't know the exact every single detail of how it it functions. What it allows you as the operator to do is to, uh, essentially have a menu of waves, um, on an interface that if you want to have a certain style, you can simply press a button or program it so that that style comes out. | controller "connects an interface to all of the valves in the pool" and that individual caissons can be actuated independently ("Unlimited caisson sequencing"). Element 1[c] is met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
| --- | --- | --- |
| | [12:06] ANDREW THATCHER:<br>So there are other technologies out there where it relies on a certain amount of efficiency, um, to build energy within the wave and you lose some efficiency as on the first wave that comes out and then the last wave that comes out. But what makes this unique is that, let's say on a Tuesday in February and you have one person in the pool, you can literally press a button, a wave pops up and you can surf that wave. You don't have to have the system constantly running. Uh, but you can, you know, there is a, um, uh, **you can have the sequencing where the waves are certain, uh, time apart from each wave**. Um, but you don't have to. So that's what makes it so incredibly versatile<br><br>Exhibit 12, p. 2: “The control center for Endless Surf, Wave Doctor, is the 'brains' of our surf pool, allowing you to create endless waves on command that mimic the fluid dynamics of ocean waves."<br><br>Exhibit 5, p. 19: "Endless Surf harnesses the power of **individual caissons** which inject air into the lagoon to create waves. How the caissons are **sequenced** is based on Endless Surf's proprietary software, Swell Studio."<br><br>Exhibit 5, p. 21: "Unlimited caisson sequencing and wave creating potential."<br>Exhibit 11, p. 2: " The synching and firing of their pneumatics is controlled by a new patented software that can be customized for each individual surfer..."<br><br>Exhibit 10: (Illustrating chamber with valves, location circled in red below, as well as pressurization and venting of the chambers): | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |  | |
| ***1[d]**: "the controller operates each valve structures independently, the operation comprising the steps of: actuating each valve structure in a sequenced fashion to release water into the pool from each* | See the evidence and analysis from 1[c] above, incorporated herein.<br><br>Exhibit 8, p. 2: "The pool creates waves by how the chambers along the back wall are **sequenced** with one another. **Each chamber** essentially **fires out a small piece of energy that will join together to make a wave**."<br><br>Exhibit 5, p. 19: "Endless Surf harnesses the power of individual caissons which inject air into the lagoon to create waves. How the caissons are sequenced is based on Endless Surf's proprietary software, Swell Studio."<br><br>Exhibit 11, p. 2: ""The synching and firing of their pneumatics is controlled by a new patented software that can be customized for each individual surfer . . ."<br><br>Exhibit 16 (https://www.youtube.com/watch?v=7LxymxNj5E8): In light of the acknowledged individual and sequential action capability of the chambers through valve | The Endless Surf controller actuates chambers and their associated valve structures in sequence, and together they make a wave. One chamber (or set) fires to release water into the pool. After a delay, the next chamber(s) is actuated. This is confirmed by, *inter alia*, Thatcher's description of |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| *chamber in the plurality;* | actuation, this sequential actuation can also be visualized in the video at, for example, 1:19.67 – 1:38.15 and 2:27.09 – 2:43.65. | sequential release "in a certain sequence" and Wavepool Mag's description of synched/timed pneumatic firing. Element 1[d] met. |
| ***1[e]****: "creating a wave, wherein the wave comprises a peak defined as the highest water level in the pool; and traveling the peak in a direction that is not substantially perpendicular to the ends of the pool."* | Exhibit 9:<br>[13:47] ANDREW THATCHER:<br>Yeah, so if we were to look at both the 3600 and 4800, uh, you can either **run a wave from one side all the way across to the other side**. And I think on a 4800, it's a 27 second ride, which is incredibly long.. . . So you would have the main peak where you'd have people surfing the bigger, you know, head high waves, and then once they reach the end and it kind of peters out, it then reforms and then you can have a longboarding wave.<br><br>[15:16] ANDREW THATCHER:<br>Yeah, so when you look at how a wave would be operated, um, you typically wouldn't have every single wave being the, um, you know, pitching barrel that'll kind of knock your head off, you know. Um, maybe at certain times of the day, that would be more feasible. So when you look at a feasibility analysis, kind of early in the morning when the hardcore guys are wanting to go out, you know, you would have what we call the Peak Pro, which is the biggest wave. And then as, um, during the regular day, you may have just like a regular style wave, regular size, and maybe even a little bit smaller. So it's just more accessible and user-friendly to kind of the everyday surfer or people like me, you know. I'm not going to surf that hardcore wave first thing in the morning because I just don't have the skill set. You know. | The Endless Surf controller actuates chambers and their associated valve structures using sequential chamber actuation and creating a wave with a defined peak (highest water level) that travels across the pool – in a direction not substantially perpendicular to the ends of the pool. This wave characteristic is produced by the sequenced-chamber architecture and operation of Endless Surf. Element 1[e] met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 14:<br> | |
| ***Claim 2***: *"2. The apparatus of claim 1, wherein the controller operation* | See the evidence and analysis from 1[c] and 1[d] above, incorporated herein.<br><br>Exhibit 5, p. 19: "Endless Surf harnesses the power of individual caissons which inject air into the lagoon to create waves. How the caissons are sequenced is based on Endless Surf's proprietary software, Swell Studio." | The Endless Surf controller actuates numerous chambers in sequence (e.g., up to 36 or 48 chambers) -- a first chamber (or set) is actuated to |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| *comprises the following steps:*<br>*a. actuating the valve structure of a first chamber in the plurality to release water into the pool;*<br>*b. after a delay, actuating the valve structure of a second chamber in the plurality to release water into the pool; and*<br>*c. after a delay, actuating the valve structure of a third chamber in the plurality to release water into the pool."* | Exhibit 6, p. 1: "At The Point [Surf Park], swell consistency is engineered . . . **Endless Surf's ES36 pneumatic wave technology** . . ." (the Fellsmere installation has 36 chambers).<br><br>Exhibit 9:<br>[07:15] ANDREW THATCHER:<br>So each chamber, uh, at 10 feet wide is then **connected with a series of valves to what's known as a plenum**.<br><br>[07:45] ANDREW THATCHER:<br>So it's the same thing here. There are a number of fans that that pressurize one gigantic concrete box. And that's known as a plenum. And, um, the wave is then created by releasing air into the chambers **in a certain sequence** and that's how the wave is generated.<br><br>[08:54] ANDREW THATCHER:<br>And then to create the wave, the the air inside **the wave chamber is exhausted and then re-pressurized in one quick motion** so that all that **water from the pool goes up into the chamber and then it's pushed down** very, very quickly.<br><br>[10:29] ANDREW THATCHER:<br>Yeah, there are things that make our system unique. Uh, however, there are other, uh, wave manufacturers out there that use a pneumatic system and it may use the pneumatic system differently, you know, it may be a sucking motion versus a blowing motion or or, you know, uh, different types of pressures. So, um, but, but it is out there in the industry, but we have certain technology that makes ours somewhat unique, um, in in the the wave shape, the bottom, uh, bathymetry, the contouring, uh, and the **the way the computer talks to the valves, uh, with the technology that we use called the Wave Doctor**.<br><br>[11:18] MICHAEL (HOST):<br>Well, tell us about the Wave Doctor. Um, you know, what exactly is that? | release water into the pool, then after a delay, a second chamber (or set) is actuated. This fundamental sequenced-chamber/valve structure operation is the core of the Endless Surf wave-creation mechanism and is confirmed by multiple sources.<br><br>The Endless Surf system sequences numerous chambers in the pool (e.g., up to 36 or 48 chambers) -- each chamber or set is actuated sequentially, one after another, with a delay, well beyond just the first two steps. A third, fourth, and subsequent chambers/valve structures are all actuated after the prior one. One |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | [11:23] ANDREW THATCHER:<br>Essentially, it it allows, it's **a technology system that that connects an an interface to all of the valves, uh, in in the in the pool**. And, um, well, I know don't know the exact every single detail of how it it functions. What it allows you as the operator to do is to, uh, essentially have a menu of waves, um, on an interface that if you want to have a certain style, you can simply press a button or program it so that that style comes out.<br><br>[12:06] ANDREW THATCHER:<br>So there are other technologies out there where it relies on a certain amount of efficiency, um, to build energy within the wave and you lose some efficiency as on the first wave that comes out and then the last wave that comes out. But what makes this unique is that, let's say on a Tuesday in February and you have one person in the pool, you can literally press a button, a wave pops up and you can surf that wave. You don't have to have the system constantly running. Uh, but you can, you know, there is a, um, uh, **you can have the sequencing where the waves are certain, uh, time apart from each wave**. Um, but you don't have to. So that's what makes it so incredibly versatile.<br><br>[13:47] ANDREW THATCHER:<br>Yeah, so if we were to look at both the 3600 and 4800, uh, you can either **run a wave from one side all the way across to the other side**. And I think on a 4800, it's a 27 second ride, which is incredibly long.<br><br>[15:16] ANDREW THATCHER:<br>Yeah, so when you look at how a wave would be operated, um, you typically wouldn't have every single wave being the, um, you know, pitching barrel that'll kind of knock your head off, you know. Um, maybe at certain times of the day, that would be more feasible. So when you look at a feasibility analysis, kind of early in the morning when the hardcore guys are wanting to go out, you know, you | example of this is seen in Pointbreak mode, wherein "the waves run along the wave generator for the entire length of the pool." Another example is the ability to select and generate an A-frame wave pattern using the controller. This actuation pattern creates pairs of waves traveling right and left in the pool by actuating multiple sets of chambers. Claim 2 met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | would have what we call the Peak Pro, which is the biggest wave. And then as, um, during the regular day, you may have just like a regular style wave, regular size, and maybe even a little bit smaller. So it's just more accessible and user-friendly to kind of the everyday surfer or people like me, you know. I'm not going to surf that hardcore wave first thing in the morning because I just don't have the skill set. You know.<br><br>Exhibit 15 (https://www.youtube.com/watch?v=1ctfv2EAbdI):<br>[00:00:50] SPEAKER: But what's really, really neat here is we have the ability to create that that almost invisible spine anywhere in the pool. So we can run 17 chambers in either direction. We can run 20 and 14. You could have 24 chambers going in one direction and a surf school using the balance of the additional 10 chambers.<br><br>Exhibit 8, p. 2: "The pool creates waves by how the chambers along the back wall are sequenced with one another. **Each chamber** essentially fires out a small piece of energy that will join together to make a wave…With **up to 48 chambers on an Endless Surf pool**, you can only imagine how many different wave types can be created . . ."<br><br>Exhibit 5, p. 19: "Split Peak – high capacity with all surf zones pumping" – simultaneous waves produced from separate sets of chambers in what is referred to as "A-Frame" mode.<br><br>Exhibit 14: ("In pointbreak mode, the waves run along the wave generator for the entire length of the pool." With respect to A-frame mode, "[t]his generates rights and lefts at the same time." – simultaneous waves produced from separate sets of chambers). | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br>**Pointbreak**<br>In pointbreak mode, the waves run along the wave generator for the entire length of the pool. Our pointbreak allows you to ride waves up to 18 seconds long and offers different sections for various turns, barrels or airs. However, more relaxed, long waves for cruising or longboarding are also possible. In pointbreak mode, you can choose whether the waves break as left or right. | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br>Exhibit 16: In light of the acknowledged individual and sequential action capability of the chambers through valve actuation, this sequential actuation can also be visualized in the video at, for example, 1:19.67 – 1:38.15 and 2:27.09 – 2:43.65. | |
| **Claim 3**:<br>“3. The apparatus of claim 2, wherein the | Exhibit 10: (chambers vent and release water into the pool and refill to a predetermined level = chamber period) | The Endless Surf chamber/valve structure actuation cycle includes a period of time to |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| controller operation further comprises the following steps: d. after the first chamber has released its water, actuating the valve structure of the first chamber to refill the first chamber with water to a predetermined level, wherein the time to release the water and refill to the predetermine level is defined as the chamber period; wherein the delay of steps (b) and (c) is a fraction of the chamber period and the fraction is 0.10-0.75." | <br><br><br>Exhibit 9:<br>[07:45] ANDREW THATCHER:<br>So it's the same thing here. There are a number of fans that that pressurize one gigantic concrete box. And that's known as a plenum. And, um, the wave is then created by releasing air into the chambers **in a certain sequence** and that's how the wave is generated.<br><br>[08:54] ANDREW THATCHER:<br>And then to create the wave, the the air inside the wave chamber is exhausted and then re-pressurized in one quick motion so that all that water from the pool goes up into the chamber and then it's pushed down very, very quickly.<br><br>Exhibit 16:<br>Water level begins to drop in pool at location of chamber 1 – indicating beginning of chamber actuation at 0:45.74: (Exhibit 16, p. 3) | release water and refill to a predetermined level, or a "chamber period." Video evidence of the operation of the Endless Surf pool demonstrates that the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ **0.17**, which falls within the claimed range of 0.10 – 0.75. In addition, the quote from Paul Chutter of WhiteWater indicates the inter-chamber actuation delay can be controlled in 0.5 second increments, meaning an inter-chamber delay including 0.5 seconds, thus demonstrating the delay as a fraction of the chamber period of 0.5/~3.77 = ~**0.13**, which also falls |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |  After chamber completes it push, bubbles begin to form at the surface of pool at chamber 1 location at 0:49.51 (Exhibit 16, p. 4), indicative of the movement of the water in the chamber back to the predetermined level and completion of one cycle in ~3.77 seconds (0:49.51 - 0:45.74 = 3.77). Thus, **the chamber period is ~3.77 seconds**. | within the claimed range of 0.10 – 0.75. Claim 3 is met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |  | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Enlarged view of above:<br><br>The aforementioned bubble formation is also evident at, for example, 2:32.67 – 2:46.32 of the Exhibit 16 video.<br><br>Movement of wave across 8 chambers determined from video to take a total of ~5.20 seconds (1:25.40 – 1:20.20 = 5.20) (Exhibit 16, pp. 5-6), giving an **average inter-chamber actuation delay of ~0.65 seconds (5.20/8 = 0.65)**: | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |   | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br>Therefore the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ **0.17,** which falls within the claimed range of 0.10 – 0.75.<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse.<br><br>The above quote indicates the inter-chamber actuation delay can be controlled in 0.5 second increments. Assuming an inter-chamber delay of 0.5 seconds, the delay as a fraction of the chamber period is 0.5/~3.77 = ~**0.13**, which falls within the claimed range of 0.10 – 0.75. | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| **Claim 4**:<br>"4. The apparatus of claim 3, wherein the valve structure of each of the plurality of chambers comprises an air valve and a vent valve, wherein step (a) further comprises filing the chamber with air through the air valve, and wherein step (d) further comprises closing the air valve and opening the vent valve." | See evidence and analysis of elements 1[c], 1[d] and claim 2 above, incorporated herein.<br><br>Exhibit 8, p.2 : "Pneumatic surf pools utilize multiple chambers along the back wall of the pool that become pressurized through the **blowing and venting of air** to push water to make waves."<br><br>Exhibit 9:<br>[06:34] ANDREW THATCHER:<br>Yeah, so, you know, it's fairly complex, um, but essentially there is, there are are multiple chambers, right? So there are, um, our standard products have either, our our base model is the 24, 2400, 3600, and 4800. And those represent 24 chambers, 36 chambers, and 48 chamber. And and each chamber is 10 feet wide.<br><br>[07:15] ANDREW THATCHER:<br>So each chamber, uh, at 10 feet wide is then **connected with a series of valves to what's known as a plenum**.<br><br>[07:45] ANDREW THATCHER:<br>So it's the same thing here. There are a number of fans that that pressurize one gigantic concrete box. And that's known as a plenum. And, um, the wave is then created by releasing air into the chambers **in a certain sequence** and that's how the wave is generated.<br><br>[08:54] ANDREW THATCHER:<br>And then to create the wave, the the air inside **the wave chamber is exhausted and then re-pressurized** in one quick motion so that all that water from the pool goes up into the chamber and then it's pushed down very, very quickly.<br><br>[10:29] ANDREW THATCHER:<br>Yeah, there are things that make our system unique. Uh, however, there are other, uh, wave manufacturers out there that use a pneumatic system and it may use the | The Endless Surf pool has a plurality of pneumatic wave generating chambers equipped with respective valve structures including air supply and vent valves. The valves are sequentially controlled such that the actuation cycle of each chamber includes filling the chamber with air (e.g., from a plenum) via an air valve, closing the air valve, and venting or exhausting the chamber via opening a vent valve. Claim 4 is met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | pneumatic system differently, you know, it may be a sucking motion versus a blowing motion or or, you know, uh, different types of pressures. So, um, but, but it is out there in the industry, but we have certain technology that makes ours somewhat unique, um, in in the the wave shape, the bottom, uh, bathymetry, the contouring, uh, and the **the way the computer talks to the valves, uh, with the technology that we use called the Wave Doctor**.<br><br>[11:18] MICHAEL (HOST):<br>Well, tell us about the Wave Doctor. Um, you know, what exactly is that?<br><br>[11:23] ANDREW THATCHER:<br>Essentially, it it allows, it's **a technology system that that connects an an interface to all of the valves, uh, in in the in the pool**. And, um, well, I know don't know the exact every single detail of how it it functions. What it allows you as the operator to do is to, uh, essentially have a menu of waves, um, on an interface that if you want to have a certain style, you can simply press a button or program it so that that style comes out.<br><br>Exhibit 10: (Illustrating chamber with valves, location circled in red, as well as pressurization and venting of the chambers): | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br> | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| **Claim 5**:<br>"5. The apparatus of claim 4, wherein the air valve and vent valve comprise a single two way valve." | Exhibit 5, p. 21: (illustrating a chamber with a single valve structure) | The Endless Surf pool has a plurality of pneumatic wave generating chambers equipped with air supply and vent valves. The Endless Surf system is marketed as having a single two-way valve for filling and venting each chamber. Claim 5 is met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |  | |
| **Claim 6**:<br>“6. The apparatus of claim 2, wherein the delay in step (b) is of a different length than the delay in step (c)." | See the evidence and analysis from 1[c], 1[d], and Claim 2 above, incorporated herein.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and angle . . . With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)"<br><br>Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, angle, or sections." | The Endless Surf system sequences numerous chambers in the pool (e.g., up to 36 or 48 chambers) -- each chamber or set is actuated sequentially, one after another, with the specific delay(s) between each actuation fully |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | Exhibit 6, p. 1: "At The Point [Surf Park], swell consistency is engineered . . . Endless Surf's ES36 pneumatic wave technology is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, size, speed, and interval. Waves run on a schedule . . ."<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse.<br><br>Exhibit 16:<br><br>Wave propagation earlier in ride appearing more as a linear wave front (Exhibit 16, p. 1): | customizable and allowing for unlimited types of chamber sequencing. For example, the Endless Surf control system provides per-section wave customization. Different wave shapes in successive sections -- barrels, air sections, longboard reform sections -- produced through variable inter-chamber delays. Specifically, the delay in step (b) (the delay before the second chamber actuates) differs from the delay in step (c) (the delay before the third chamber actuates), asymmetric timing profiles across the sequence. Video evidence and WhiteWater's own simulation confirms the use of different |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br>Wave curving later in ride indicative of reduced delay firing of end chambers producing a burst of energy into the pool, and propelling the rider into the shoulder region of the pool beyond the chambers (Exhibit 16, p. 2) : | inter-chamber delays. Claim 6 met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br>Exhibit 8, p.2 : (confirming the wave curving effect):<br><br>A snapshot of an Endless surf wave creation simulation | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| **Claim 8**:<br>“8. The apparatus of claim 2, wherein the controller operation further comprises the following steps: after the first chamber has released its water, actuating the valve structure of the first chamber to refill the first chamber with water to a predetermined level, wherein the time to release the water and refill to the predetermine level is defined as the chamber period; wherein the delay of steps (b) and (c) | See the evidence and analysis from Claim 3, incorporated herein.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and angle… With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)"<br><br>Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, angle, or sections."<br><br>Exhibit 5, p. 19: "SIZE - Controllable wave heights up to 2.1m/7ft" -- wave amplitude (height) is a controllable parameter.<br><br>Exhibit 6, p. 1: "At The Point [Surf Park], swell consistency is engineered . . . Endless Surf’s ES36 pneumatic wave technology is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, **size**, speed, and interval. Waves run on a schedule . . .”<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse. | The Endless Surf chamber/valve structure actuation cycle includes a period of time to release water and refill to a predetermined level, or a “chamber period.”<br>Video evidence of the operation of the Endless Surf pool demonstrates that the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ 0.17.<br>In addition, the quote from Paul Chutter of Whitewater indicates the inter-chamber actuation delay can be controlled in 0.5 second increments, meaning an inter-chamber delay including 0.5 seconds, thus demonstrating the delay as a fraction of the chamber period of |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| is a fraction of the chamber period and the fraction is selected to adjust the amplitude of the wave peak.” | | 0.5/~3.77 = ~0.13. Thus, the delay would be a fraction of the chamber period. The chamber sequences are controlled such that the inter-chamber actuation delay adjusts wave amplitude. Claim 8 is met. |
| ***Claim 11 Preamble****:* *"11. A method of generating waves in a pool of water, comprising:* | Exhibit 6, pp. 1-2: “At The Point [Surf Park], swell consistency is engineered . . . **Endless Surf’s ES36 pneumatic wave technology** is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, size, speed, and interval. Waves run on a schedule, independent of East Coast swell. Wave profiles are fully customizable. Operators can adjust settings throughout the day—shifting from learn-to-surf sessions to high-performance waves, training, and<br>events—without changing infrastructure.<br>That flexibility allows the **lagoon** to handle volume: high throughput, steady flow, and consistent wave quality under demand. . .<br>Similar to our pure-play surf park project at O2 SURFTOWN MUC in Germany, this will be another example of how Endless Surf anchors and delivers for a dedicated surf park, from day-to-day operations to long-term viability.”<br><br>Exhibit 7: "Total Estimated Water volume: 13,323.29m$^3$ . . .”. | The Endless Surf wave system performs a method of generating waves in a pool of water. Preamble met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| ***11[a]**: providing a pool which holds a body of water, the pool having: a plurality of wave generating chambers that communicate with the body of water so as to release water into the pool, the chambers located adjacent to each other on an edge of the pool;* | Exhibit 7: "Total Estimated Water volume: 13,323.29m3 . . .”.<br><br>Exhibit 7:  <br><br>Exhibit 8, p.2 : "Pneumatic surf pools utilize multiple chambers along the back wall of the pool that become pressurized through the blowing and venting of air to push water to make waves." | The Endless Surf system has a pool that holds a body of water and includes a plurality of wave-generating chambers communicating with the pool to release water therein, the chambers are located adjacent to each other on an edge (end) of the pool. Element 11[a] met. |
| ***11[b]:** “each of the plurality of chambers having a valve structure, wherein each valve structure is connected to a controller wherein the* | See evidence and analysis of element 1[c] above, incorporated herein. | Each Endless Surf caisson (chamber) has an associated valve structure connected to the controller. The controller connects to all valves in the pool and is constructed to actuate each valve structure/chamber |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| *connection is constructed to allow for the actuation of the each valve structure independently of the other valve structures;"* | | independently. Thatcher confirms the controller "connects an interface to all of the valves in the pool" and that individual caissons can be actuated independently ("Unlimited caisson sequencing"). Element 11[b] is met. |
| ***11[c]***: *"a. actuating the valve structure of a first chamber in the plurality to release water into the pool and during step (a) the valve structures of a second and third chambers of the plurality are actuated so as to prevent the release water into the pool;* | See the evidence and analysis from 1[c], 1[d] and claim 2 above, incorporated herein.<br><br>Exhibit 9:<br>[06:34] ANDREW THATCHER:<br>Yeah, so, you know, it's fairly complex, um, but essentially there is, there are are multiple chambers, right? So there are, um, our standard products have either, our our base model is the 24, 2400, 3600, and 4800. And those represent 24 chambers, 36 chambers, and 48 chamber. And and each chamber is 10 feet wide.<br><br>Exhibit 12, p. 2: "The control center for Endless Surf, Wave Doctor, is the 'brains' of our surf pool, allowing you to create endless waves on command that mimic the fluid dynamics of ocean waves."<br><br>Exhibit 11, p. 1-2: "Surf is created when air is pushed through caissons (chambers) in sequence to produce a variety of wave shapes and sizes."<br>"The synching and firing of their pneumatics is controlled by a new patented software that can be customized for each individual surfer..." | The Endless Surf controller actuates the valve structures of chambers in sequence, and can also actuate the chambers individually. The released water joins together to make a wave (e.g., "**Each chamber** essentially fires out a small piece of energy that will join together to make a wave"). Thus, when one chamber (or set) fires to release water into the pool, other chamber(s) are in a |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| *b. after a delay, actuating the valve structure of a second chamber in the plurality to release water into the pool and during step (b) the valve structures of the first and third chambers of the plurality are actuated so as to prevent the release water into the pool; and*<br>*c. after a delay, actuating the valve structure of a third chamber in the plurality to release water into the pool and during step (c) the valve structures of the first and second* | | non-release state (water release prevented). After a delay, the next chamber (or set) is actuated to release water (and the other chambers are in a non-release state). This fundamental sequenced-chamber/valve structure operation is the core of the Endless Surf wave-creation mechanism and is confirmed by multiple sources.<br><br>The Endless Surf system sequences numerous valve structures of chambers in the pool (e.g., up to 36 or 48 chambers) -- each chamber or set is actuated sequentially, one after another, with a delay, well beyond just the first two steps. A third, |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| *chambers of the plurality are actuated so as to prevent the release water into the pool."* | | fourth, and subsequent chambers/valve structures are all actuated after the prior one, while the valve structures of the idle chambers are actuated to prevent the release of water. One example of this is seen in Pointbreak mode, wherein "the waves run along the wave generator for the entire length of the pool." This sequential actuation/hold cycle can also be visualized in the video at, for example, 1:19.67 – 1:38.15 and 2:27.09 – 2:43.65. Another example is the ability to select and generate an A-frame wave pattern using the controller. This actuation pattern creates pairs of waves traveling right and left |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | | in the pool by actuating multiple sets of chambers. |
| **Claim 12**: "12. The method of claim 11, wherein the sequenced fashion comprises: after the first chamber has released its water, refilling the first chamber with water to a predetermined level, wherein the time to release the water and refill to the predetermine level is defined as the chamber period; wherein the delay of steps (b) and (c) is a fraction | See the evidence and analysis from claim 8 above, incorporated herein.<br><br>Exhibit 10: (chambers vent and release water into the pool and refill to a predetermined level = chamber period)<br><br><br><br><br>Exhibit 9:<br>[07:45] ANDREW THATCHER:<br>So it's the same thing here. There are a number of fans that that pressurize one gigantic concrete box. And that's known as a plenum. And, um, the wave is then created by releasing air into the chambers **in a certain sequence** and that's how the wave is generated. | The Endless Surf chamber/valve structure actuation cycle includes a period of time to release water and refill to a predetermined level, or a "chamber period."<br>Video evidence of the operation of the Endless Surf pool demonstrates that the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ 0.17, which falls within the claimed range of 0.10 – 0.75. In addition, the quote from Paul Chutter of WhiteWater indicates the inter-chamber actuation delay can be controlled in 0.5 second increments, |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| of the chamber period and the fraction of each delay is 0.10-0.75." | [08:54] ANDREW THATCHER:<br>And then to create the wave, the the air inside the wave chamber is exhausted and then re-pressurized in one quick motion so that all that water from the pool goes up into the chamber and then it's pushed down very, very quickly.<br><br>Exhibit 16:<br>Water level begins to drop in pool at location of chamber 1 – indicating beginning of chamber actuation at 0:45.74(Exhibit 16, p. 3) :<br><br>After chamber completes it push, bubbles begin to form at the surface of pool at chamber 1 location at 0:49.51 (Exhibit 16, p. 4), indicative of the movement of the water in the chamber back to the predetermined level and completion of one | meaning an inter-chamber delay including 0.5 seconds, thus demonstrating the delay as a fraction of the chamber period of 0.5/~3.77 = ~0.13, which also falls within the claimed range of 0.10 – 0.75. Claim 12 is met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | cycle in ~3.77 seconds (0:49.51 - 0:45.74 = 3.77). Thus, **the chamber period is ~3.77 seconds**.<br><br><br><br>Enlarged view of above: | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br>The aforementioned bubble formation is also evident at, for example, 2:32.67 – 2:46.32 of the Exhibit 16 video.<br><br>Movement of wave across 8 chambers determined from video to take a total of ~5.20 seconds (1:25.40 – 1:20.20 = 5.20) (Exhibit 16, pp. 5-6), giving an **average inter-chamber actuation delay of ~0.65 seconds (5.20/8 = 0.65)**: | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |  | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | <br><br><br>Therefore the inter-chamber delay as a fraction of the chamber period is: ~0.65/~3.77 = ~ **0.17,** which falls within the claimed range of 0.10 – 0.75**.**<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse.<br><br>The above quote indicates the inter-chamber actuation delay can be controlled in 0.5 second increments. Assuming an inter-chamber delay of 0.5 seconds, the delay as a fraction of the chamber period is 0.5/~3.77 = ~**0.13**, which falls within the claimed range of 0.10 – 0.75. | |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| **Claim 13**: "13. The method of claim 12, wherein the fraction of the chamber period for each chamber is selected to adjust the amplitude of the peak." | See the evidence and analysis from Claim 12, incorporated herein.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and angle… With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)"<br><br>Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, angle, or sections."<br><br>Exhibit 5, p. 19: "SIZE - Controllable wave heights up to 2.1m/7ft" -- wave amplitude (height) is a controllable parameter.<br><br>Exhibit 6, pp. 1-2:"At The Point, swell consistency is engineered . . . Endless Surf's ES36 pneumatic wave technology is designed to remove that variable and cater to everyone from next generations pros to families and beginners.<br>Using air pressure, the system generates waves with precision and repeatability—controlling shape, **size**, speed, and interval. Waves run on a schedule . . ."<br><br>Exhibit 15:<br>[00:01:08] SPEAKER: In terms of the waves themselves, uh, we have the ability to customize every half second increment of every single wave. And that is all done with the click of a mouse. | The Endless Surf chamber/valve structure actuation cycle sequences are fully customizable and controlled such that the inter-chamber delay adjusts wave peak amplitude. Claim 13 met. |
| **Claim 14**: "14. The method of claim 12, wherein the fraction of the chamber period for each | See Claim 13 evidence and analysis above, incorporated herein.<br><br>Exhibit 13, pp. 2-3: "operators can create that wave section by section by controlling height, speed, and **angle**… With the ability to program waves section by section, Endless Surf is capable of piecing together sought-after combo waves to elevate training (i.e. barrel + turn section + air section etc.)" | The Endless Surf system is controlled to produce waves having a peak such that the inter-chamber sequencing delay is controlled to adjust the wave direction. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| chamber is selected to adjust the direction of the peak." | Exhibit 12, p. 3: "Via this interface, we can easily create any wave type, size and shape, and even add subtle variations such as speed, **angle**, or sections."<br><br>Exhibit 16:<br><br>Wave propagation earlier in ride (Exhibit 16, p. 1):<br><br><br><br><br>Wave curving (wave angle changed) later in ride indicative of reduced delay firing of end chambers producing a burst of energy into the pool, and propelling the rider into the shoulder region of the pool beyond the chambers (Exhibit 16, p. 2): | Video evidence confirms the use of different inter-chamber delays to adjust the direction of the peak. Claim 14 met. |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| |  | |
| **Claim 15**: “15. The method of claim 11, wherein the delay in step (b) is of a different length than the delay in step (c)." | See the evidence and analysis from claim 6 , incorporated herein. | The Endless Surf system sequences numerous chambers in the pool (e.g., up to 36 or 48 chambers) -- each chamber or set is actuated sequentially, one after another, with the specific delay(s) between each actuation fully customizable and |

| Claim Element | Accused Products – Exemplary Infringing Feature(s) | Exemplary Analysis |
|---|---|---|
| | | allowing for unlimited types of chamber sequencing. For example, the Endless Surf control system provides per-section wave customization. Different wave shapes in successive sections -- barrels, air sections, longboard reform sections -- produced through variable inter-chamber delays. Specifically, the delay in step (b) (the delay before the second chamber actuates) differs from the delay in step (c) (the delay before the third chamber actuates), asymmetric timing profiles across the sequence. Video evidence confirms the use of different inter-chamber delays. Claim 15 met. |